THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRED A. COLE, Appellant.

*People* v. *Cole*, 17 App. Div. 621, appeal dismissed.
(Argued March 1, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 6, 1897, affirming an order of Special Term denying a
motion to vacate an order transferring an indictment from the
Supreme Court to the Monroe County Court.

*Walter S. Hubbell* for appellant.

*George D. Forsyth* for respondent.

Appeal dismissed; no opinion.
All concur, except GRAY, J., absent.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH B.
EAKINS, Appellant, *v.* THEODORE ROOSEVELT et al., Commis-
sioners Composing the Board of Police of the Police
Department of the City of New York, Respondents.

*People ex rel. Eakins* v. *Roosevelt*, 16 App. Div. 364, affirmed.
(Argued March 1, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
28, 1897, dismissing a writ of certiorari obtained to review
the dismissal of relator from the police department in the city
of New York.

*Charles P. McClelland* for appellant.

*Theodore Connoly* for respondents.

Order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting, and GRAY,
J., absent.